USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/21

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 30, 2021

[Handwritten annotation: 10/1/2021 Adjournment granted. Conference adjourned sine die — because action moot before 12/1/2021, please advise.]

VIA ECF
Hon. Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

   Re:   *Begum v. Garland, et al.*, No. 21 Civ. 6546 (CM)

[MEMO ENDORSED]

Dear Judge McMahon:

   This Office represents the government in this action in which the plaintiff seeks an order compelling the government to adjudicate her application for an Immigrant Visa. On behalf of the government, I write respectfully to request a forty-five-day extension of time to respond to the complaint (*i.e.*, from October 5 to November 19, 2021). If the Court grants the extension, I respectfully request that the Court also adjourn the initial pretrial conference presently scheduled for October 28, 2021, to a date after the requested extended date for the government's response to the complaint.

   The extension and adjournment are respectfully requested because the plaintiff is in the process of responding to a request from the consulate for additional information (including an updated medical report) that is necessary for her application to proceed. The additional time is thus requested to allow the plaintiff to gather and submit the needed information, and the consulate to review the application in light of the requested information and then take adjudicative action, which could render this action moot. The government respectfully submits that the requested extension and adjournment are in the interests of efficiency and conservation of judicial and party resources.

   This is the government's first request for an extension of the deadline to respond to the complaint and for an adjournment of the initial conference. The plaintiff consents to these requests.

   I thank the Court for its consideration of this letter.

                                            Respectfully submitted,

                                            AUDREY STRAUSS
                                            United States Attorney

                                     By:   *s/ Michael J. Byars*
                                            MICHAEL J. BYARS
                                            Assistant United States Attorney
                                            Telephone: (212) 637-2793
                                            Facsimile: (212) 637-2786
                                            E-mail: michael.byars@usdoj.gov

cc:   Counsel of record (via ECF)